# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO RODRIGUEZ,<br><br>          Plaintiff,<br><br>     v.<br><br>RALP DIAZ, et al.,<br><br>          Defendants. | Case No. 1:20-cv-1373-JLT-HBK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION<br><br>(Doc. 12) |

      Plaintiff, Pedro Rodriguez, is a former state prisoner[1] proceeding pro se and in forma pauperis in this civil rights action. (Docs. 1, 5.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On May 4, 2023, the magistrate judge issued findings and recommendations, recommending that this action be dismissed for Plaintiff's failure to prosecute. (Doc. 12) The findings and recommendations were served on Plaintiff and contained notice that objections were to be filed within fourteen days. (*Id*. at 5) Plaintiff failed to file any objections and the time to do so has expired. (*See* docket.)

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings

---

[1] According to the change of address Plaintiff filed in his other action (Case No. 1:20-cv-01044-ADA-HBK) he is no longer incarcerated.

and recommendations to be supported by the record and by proper analysis.

    **ACCORDINGLY**, it is **ORDERED:**

    1.  The findings and recommendations, filed on May 4, 2023, (Doc. 12), are **ADOPTED IN FULL**.

    2.  The Clerk of Court shall terminate any pending motions, close this case, and enter judgment against plaintiff.

IT IS SO ORDERED.

Dated: **June 12, 2023**

UNITED STATES DISTRICT JUDGE

2